UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER-JASON HELFRICH,<br>Plaintiff,<br>v.<br>THE UNCUFFED PROJECT, et al.,<br>Defendants. | Case No. 2:26-cv-1018-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 30, 2026, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed June 30, 2026, ECF No. 8, are

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

ADOPTED;

2. This action is DISMISSED without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the court's April 1, 2026, order; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge